Fullington v. Jobling.

---

C. P. FULLINGTON v. WILLIAM JOBLING.

No. 14,853    (88 Pac. 968.)

TAX DEED—*Statutory Recitals—Validity.* A claim that a tax deed was invalid on its face because it did not show the consideration for the sale or that the land was bid off by the county treasurer for the county was not sustained.

Error from Meade district court; EDWARD W. MADISON, judge. Opinion filed January 5, 1907. Affirmed.

*Francis C. Price,* for plaintiff in error.

*R. W. Griggs,* and *Peters & Peters,* for defendant in error.

*Per Curiam:* The question in this case is whether a tax deed is valid on its face. If so, the judgment of the district court was correct.

The point made against the deed that it does not show the land was bid off by the county treasurer for the county was decided adversely to the plaintiff in error in *Penrose v. Cooper,* on rehearing, 71 Kan. 725, 84 Pac. 115.

52—75 KAN.

The other point—that the deed does not show the consideration for the sale—is covered by the principle applied in *Penrose v. Cooper, supra, Robbins v. Brower,* 74 Kan. 113, 85 Pac. 815, and *John v. Young,* 74 Kan. 865, 86 Pac. 295.

There being nothing in the deed showing the contrary, the recital that $11.38 was the cost of redemption on October 13, 1894, must be accepted as true. The sum stated could, under the law, be made up of nothing but the sale price and simple statutory interest from September 4, the day of the sale. The sale price can therefore be made out unerringly from other recitals in the deed.

The judgment of the district court is affirmed.